# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

DELISHA GARDNER, )
)
    Plaintiff, )
)
-vs- )  Case No. CIV-16-0233-F
)
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

  Plaintiff Delisha Gardner filed this action seeking judicial review of the Social Security Administration's denial of her applications for disability insurance (DIB) and supplemental security income (SSI) benefits under the Social Security Act. Magistrate Judge Shon T. Erwin issued a Report and Recommendation on February 13, 2017 (doc. no. 26), recommending that the court affirm the Commissioner's decision denying benefits. In his Report, the Magistrate Judge advised the parties of their right to file objections by February 27, 2017, and advised that failure to file timely objection to the Report would result in waiver of the right to appeal the factual and legal issues addressed in the Report. Neither party has filed an objection to the Report and neither party has requested an extension of time within which to file any objection to the Report.

  With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of Magistrate Judge Erwin as stated in his Report and Recommendation. The Social Security Administration's decision denying plaintiff's applications for disability insurance and for supplemental security income benefits is **AFFIRMED**.

IT IS SO ORDERED this 7th day of March, 2017.


STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0233p002.docx